D/F

Honorable Allyn R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 2 6 2010 ★
BROOKLYN OFFICE

August 20, 2010

Re: United States V. Olsen Key, Docket No. 10-1496 (ARR)

Dear Your Honor Judge Ross,

Please, be advised that as of date I have not received the government's response, which will now hinder my ability to respond, and file a reply by September 10, 2010, as ordered by the court.

I am requesting the court to please instruct the government to provide Petitioner with their response, and extend date for Petitioner to file reply.

The government has indicated that it will send an additional copy of its papers to petitioner's current address.

Yours truly,
Olsen Key
Pro Se
Olsen Key-03A3031
Attica Correctional Facility
P.O. Box 149
Attica, N.Y. 14011

/Signed by Judge Ross/

August 31, 2010

cc: Petitioner

cc' File

Judy Phillips
Assistant U.S. Attorney
271 Cadman Plaza East
Brooklyn, N.Y. 11201

